UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER LEGARDY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SUBWAY SANDWICH SHOP,<br><br>　　　　　Defendant. | No. 2:23-cv-01897-DJC-CKD (PS)<br><br>ORDER |

　　　On November 3, 2023, the court granted plaintiff's request to proceed in forma pauperis and dismissed plaintiff's complaint under Rule 8(a) for failure to state a discernable claim for relief. (ECF No. 5.) Plaintiff was granted twenty-eight (28) days to amend the complaint. (Id. at 4.)

　　　On December 1, 2023, plaintiff filed a motion for extension of time to file an amended complaint. (ECF No. 6.) Plaintiff's motion is not supported by good cause. However, considering plaintiff's pro se status, the court grants plaintiff an additional fourteen (14) days to file either 1) an amended complaint or 2) request for extension of time to file an amended

/////

/////

/////

/////

1

complaint supported by good cause. Failure to comply with this order will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: December 6, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,lega.1897